IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| Modified Atmosphere Enterprises LLC,<br><br>    Plaintiff,<br>v.<br><br>Fresh Express Brands Incorporated,<br><br>    Defendant. | Civil Action No.: 6:20-cv-01702-Orl-40LRH<br><br>**Jury Trial Demanded** |

**UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR THE CASE MANAGEMENT CONFERENCE**

Plaintiff Modified Atmosphere Enterprises LLC, through its undersigned counsel, files this unopposed this motion to extend the deadline to conduct the case management conference, and in support thereof show the Court as follows:

On September 21, 2020, Defendant was served in this action. (Doc. 16.) Pursuant to the Track Two Notice, the parties are required to conduct the case management conference on or before November 21, 2020. (Doc. 3.) However, the parties have agreed to engage in settlement discussions. In order to avoid the expense associated with conducing the case management conference (and negotiating the associated report), the parties request the Court extend the deadline to conduct the conference for thirty days, to occur on or before December 21, 2020. The parties will file the proposed case management report within fourteen days thereafter.

**LOCAL RULE 3.01(g) CERTIFICATION**

Pursuant to Local Rule 3.01(g), counsel for the Plaintiff has conferred with counsel for Defendant, James Edward Cheek, III, Inc., who does not object to the relief requested in this motion.

Respectfully submitted,

*s/ Ryan T. Santurri*
Florida Bar. No. 15698
E-Mail: rsanturri@allendyer.com
ALLEN, DYER, DOPPELT
+ GILCHRIST, P.A.
255 S. Orange Ave., Suite 1401
Orlando, Florida 32801
Telephone:   (407) 841-2330
Facsimile:    (407) 841-2343

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 18, 2020, I electronically filed the foregoing using the Case Management/Electronic Case Filing ("CM/ECF") system, which will send a Notice of Electronic Filing to the following CM/ECF participants:

James Edward Cheek, III, Esq.
Winderweedle, Haines, Ward and
Woodman, P.A.
329 Park Ave North, 2nd Floor
Winter Park, FL 32789
tcheek@whww.com

*/s/ Ryan T. Santurri*
Ryan T. Santurri