IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| Modified Atmosphere Enterprises LLC,<br><br>      Plaintiff,<br>v.<br><br>Fresh Express Brands Incorporated,<br><br>      Defendant,<br><br>and<br><br>Fresh Express Brands Incorporated,<br><br>      Counterclaimant,<br>v.<br><br>Modified Atmosphere Enterprises LLC,<br><br>      Counterclaim Defendant. | Civil Action No.: 6:20-cv-01702-Orl-40LRH |

**UNOPPOSED MOTION TO EXTEND THE DEADLINE
TO RESPOND TO COUNTERCLAIM (DKT. 27)**

Plaintiff Modified Atmosphere Enterprises LLC ("Modified"), through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and with the consent of Defendant, Fresh Express Brands Incorporated ("Fresh Express"), files this motion for an additional 30-day extension of time for Plaintiff to answer, move, or otherwise respond to Defendant's Counterclaim (Dkt. 27) to January 22, 2021, and states as follows:

1. The Counterclaim was filed and served via CM/ECF on December 2, 2020. Accordingly, Plaintiff's response is currently due December 23, 2020.

2. However, to account for the upcoming holidays and other conflicts, Plaintiff's

counsel needs additional time to evaluate the claims in the Counterclaim. Additionally, as set forth in the parties' motion of November 18, 2020 (Dkt. 25), the parties are conducting settlement discussions and continue in this process, which would be further assisted with the extension of the deadline to respond to the Counterclaim.

3. Plaintiff's counsel has conferred with Defendant's counsel pursuant to LR 3.01(g), and Defendant's counsel has advised they do not oppose an additional 30-day extension to respond to the Counterclaim.

## MEMORANDUM OF LAW

Federal Rule of Civil Procedure 6(b) provides the Court discretion to grant extensions of time for good cause. It has generally been noted that the granting of a motion for extension of time is not an abuse of discretion where there is no prejudice to the opposing party, undue delay, or adverse effect on the administration of justice. *See e.g., Fisher v. Office of the State Attorney, 13th Jud. Cir. Fla.*, 162 Fed. Appx. 937, 940 (11th Cir. 2006).

WHEREFORE, Plaintiff, Modified Atmosphere Enterprises LLC, hereby respectfully requests the Court enter an Order granting it an additional 30 days to respond to the Counterclaim to and including January 22, 2021.

Respectfully submitted,

**s/ Ryan T. Santurri**
Florida Bar. No. 15698
E-Mail: rsanturri@allendyer.com
ALLEN, DYER, DOPPELT
+ GILCHRIST, P.A.
255 S. Orange Ave., Suite 1401
Orlando, Florida 32801
Telephone:   (407) 841-2330
Facsimile:    (407) 841-2343

Robert R. Brunelli (*pro hac vice*)
rbrunelli@sheridanross.com

        Matthew C. Holohan (*pro hac vice*)
mholohan@sheridanross.com
Paul S. Cha (*pro hac vice*)
pscha@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO 80202
Telephone:    303-863-9700
Facsimile:    303-863-0223

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 10, 2020, I electronically filed the foregoing using the Case Management/Electronic Case Filing ("CM/ECF") system, which will send a Notice of Electronic Filing to the following CM/ECF participants:

James Edward Cheek, III, Esq.
Winderweedle, Haines, Ward and
Woodman, P.A.
329 Park Ave North, 2nd Floor
Winter Park, FL 32789
tcheek@whww.com

        */s/ Ryan T. Santurri*
        Ryan T. Santurri