IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| Modified Atmosphere Enterprises LLC,<br><br>   Plaintiff,<br>v.<br><br>Fresh Express Brands Incorporated,<br><br>   Defendant.<br><br>Fresh Express Brands Incorporated,<br><br>  Counterclaim Plaintiff,<br>v.<br><br>Modified Atmosphere Enterprises LLC,<br><br>  Counterclaim Defendant. | Civil Action No.: 6:20-cv-01702-PGB-LRH<br><br>**Jury Trial Demanded** |

**JOINT STIPULATION AND [PROPOSED] ORDER TO CHANGE THE NAME OF DEFENDANT FRESH EXPRESS BRANDS INCORPORATED TO FRESH EXPRESS INCORPORATED, D/B/A FRESH EXPRESS BRANDS INCORPORATED**

Plaintiff Modified Atmosphere Enterprises LLC ("MAE") and Defendant Fresh Express Brands Incorporated ("Fresh Express") (collectively, the "Parties," and individually, a "Party") hereby stipulate and agree as follows:

WHEREAS, MAE filed its Complaint for Patent Infringement against Fresh Express on September 17, 2020 (ECF No. 1);

WHEREAS, Fresh Express filed its Answer and Counterclaims against MAE on December 2, 2020, advising Fresh Express is a Delaware corporation with the legal name of Fresh Express Incorporated, doing business in Florida under the alternate corporate name Fresh Express Brands Incorporated, and that Fresh Express is a subsidiary of Chiquita Brands L.L.C. (ECF No. 27 at 2);

WHEREAS, attached to the Declaration of Cameron C. Murphy, filed concurrently herewith, as Exhibit A is a true and correct copy of documents from the Delaware Secretary of State confirming the corporate identification for Fresh Express;

WHEREAS, the Parties agree the case docket and caption should be corrected to reflect the proper defendant corporate identification for Fresh Express;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties that:

1. The docket shall be updated to reflect Fresh Express's proper corporate identity; and

2. The case caption shall be updated as follows:

2

Modified Atmosphere Enterprises LLC,

        Plaintiff,

v.

Fresh Express Incorporated, d/b/a Fresh Express Brands Incorporated,

        Defendant.

---

Fresh Express Incorporated, d/b/a Fresh Express Brands Incorporated,

        Counterclaim Plaintiff,

v.

Modified Atmosphere Enterprises LLC,

        Counterclaim Defendant.

| | |
|---|---|
| Dated: March 1, 2021 | Respectfully submitted, |

| | |
|---|---|
| By: */s/ Paul S. Cha*<br>Ryan T. Santurri (Bar No. 15698)<br>ALLEN, DYER, DOPPELT + GILCHRIST, PA<br>255 South Orange Ave., Suite 1401<br>Orlando, FL 32801<br>Telephone: 407-841-2330<br>Facsimile: 407-841-2343<br>rsanturri@allendyer.com<br><br>Robert R. Brunelli<br>(admitted *pro hac vice*)<br>    rbrunelli@sheridanross.com<br>Matthew C. Holohan<br>(admitted *pro hac vice*)<br>    mholohan@sheridanross.com<br>Paul S. Cha<br>(admitted *pro hac vice*)<br>    pscha@sheridanross.com<br>SHERIDAN ROSS P.C.<br>1560 Broadway, Suite 1200<br>Denver, CO 80202<br>Telephone: 303-863-9700<br>Facsimile: 303-863-0223<br>E-mail: litigation@sheridanross.com<br><br>*Attorneys for Plaintiff*<br>*Modified Atmosphere Enterprises LLC* | */s/ Cameron C. Murphy*<br>Cameron C. Murphy<br>Florida Bar No. 0125086<br>Peter G. Pappas (pro hac vice forthcoming)<br>Ann G. Fort (pro hac vice forthcoming)<br>Eversheds Sutherland (US) LLP<br>999 Peachtree St. NE, Suite 2300<br>Atlanta, GA 30309<br>Phone: 404-853-8000<br>Facsimile: 404-853-8806<br>Email: petepappas@eversheds-sutherland.us<br>Email: annfort@eversheds-sutherland.us<br>Email: cameronmurphy@eversheds-sutherland.us<br><br>Attorneys for Defendant and Counterclaimant<br>FRESH EXPRESS INCORPORATED, D/B/A FRESH EXPRESS BRANDS INCORPORATED |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____, 2021                    _____

                                          United States District Court Judge

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 1, 2021, I electronically filed the foregoing using the Case Management/Electronic Case Filing ("CM/ECF") system, which will send a Notice of Electronic Filing to the following CM/ECF participants:

    James Edward Cheek, III, Esq.
    Winderweedle, Haines, Ward and Woodman, P.A.
    Post Office Box 880
    329 Park Ave North, 2nd Floor
    Winter Park, FL 32789
    tcheek@whww.com

    Cameron C. Murphy
    Florida Bar No. 0125086
    Eversheds Sutherland (US) LLP
    999 Peachtree St. NE, Suite 2300
    Atlanta, GA 30309
    Email: cameronmurphy@eversheds-sutherland.us

    Attorneys for Defendant and Counterclaimant
    FRESH EXPRESS INCORPORATED, D/B/A
    FRESH EXPRESS BRANDS INCORPORATED

                                                  s/ Lori R. Brown
                                                  Paralegal
                                                  SHERIDAN ROSS P.C.
                                                  1560 Broadway, Suite 1200
                                                  Denver, Colorado 80202-5141
                                                  Telephone:  303-863-9700
                                                  Facsimile:   303-863-0223
                                                  Email:  lbrown@sheridanross.com