IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| Modified Atmosphere Enterprises LLC, <br><br> Plaintiff, <br><br> v. <br><br> Fresh Express Incorporated, d/b/a Fresh Express Brands Incorporated, <br><br> Defendant. | Civil Action: 6:20-cv-01702-PGB-LRH <br><br> **Jury Trial Demanded** |
| Fresh Express Incorporated, d/b/a Fresh Express Brands Incorporated, <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> Modified Atmosphere Enterprises LLC, <br><br> Counterclaim Defendant. | |

**PLAINTIFF AND COUNTERCLAIM DEFENDANT'S ANSWER
TO DEFENDANT AND COUNTERCLAIM PLAINTIFF'S
COUNTERCLAIMS AND DEMAND FOR JURY TRIAL
AGAINST MODIFIED ATMOSPHERE ENTERPRISES LLC**

Plaintiff and Counterclaim Defendant Modified Atmosphere Enterprises

LLC ("MAE") provides its Answer and Affirmative Defenses to Defendant and

1

Counterclaim Plaintiff Fresh Express Brands Incorporated's ("Fresh Express") Counterclaims and Demand for Jury Trial against MAE.

Paragraphs 1-23, Prayer for Relief, Demand for Jury Trial, Defenses, and Other Defenses of Fresh Express's Answer and Counterclaims (ECF. No. 27, pp. 1-16) are in response to MAE's Complaint and therefore do not require a response from MAE.

## FRESH EXPRESS' COUNTERCLAIMS

For its Answer to Fresh Express' Counterclaims, MAE states as follows:

## THE PARTIES

24. MAE admits the allegations of Paragraph 24 of the Counterclaims.

25. MAE admits the allegations of Paragraph 25 of the Counterclaims.

## JURISDICTION AND VENUE

26. Paragraph 26 contains conclusions of law to which no response is required. To the extent a response is necessary, MAE does not contest that there exists an actual and justiciable controversy between the parties.

27. Paragraph 27 contains conclusions of law to which no response is required. To the extent a response is necessary, MAE does not contest subject matter jurisdiction in this Court.

28. MAE admits the allegations of Paragraph 28 of the Counterclaims.

29. Paragraph 29 contains conclusions of law to which no response is required. MAE does not contest venue in this Court.

## COUNTERCLAIM I
**(Declaratory Judgment of Non-Infringement of the Patent-in-Suit)**

30. Paragraphs 1-23, Prayer for Relief, Demand for Jury Trial, Defenses, and Other Defenses of Fresh Express's Answer and Counterclaims (ECF. No. 27, pp. 1-16) are in response to MAE's Complaint and therefore do not require a response from MAE.  MAE restates and incorporates by reference its responses to the allegations of Paragraphs 24-29 as though fully set forth herein.

31. MAE admits the allegations of Paragraph 31 of the Counterclaims.

32. MAE admits the allegations of Paragraph 32 of the Counterclaims.

33. MAE admits the allegations of Paragraph 33 of the Counterclaims.

34. MAE denies the allegations of Paragraph 34 of the Counterclaims.

## COUNTERCLAIM II
**(Declaratory Judgment of Invalidity of the Patent-in-Suit)**

35. Paragraphs 1-23, Prayer for Relief, Demand for Jury Trial, Defenses, and Other Defenses of Fresh Express's Answer and Counterclaims (ECF. No. 27, pp. 1-16) are in response to MAE's Complaint and therefore do not require a response from MAE.  MAE restates and incorporates by reference its responses to the allegations of Paragraphs 24-34 as though fully set forth herein.

36. MAE admits the allegations of Paragraph 36 of the Counterclaims.

37. MAE admits the allegations of Paragraph 37 of the Counterclaims.

38. MAE denies the allegations of Paragraph 38 of the Counterclaims.

## RESPONSE TO "PRAYER FOR RELIEF"

WHEREFORE, MAE denies that Fresh Express is entitled to the relief requested in the Counterclaims.

## DEFENSES

Without prejudice to the denials set forth in its Answer to the Counterclaims or to its ability to seek and allege any and all defenses not presently known or that are revealed during the course of discovery, MAE asserts the following affirmative defenses in response to the Counterclaims:

## FIRST DEFENSE
### (Validity of the '837 Patent)

The asserted claims of the '837 Patent are not invalid.

## SECOND DEFENSE
### (Failure to State a Claim)

Fresh Express fails to state a claim upon which relief may be granted.

## THIRD DEFENSE
### (Not Exceptional Case)

Fresh Express is barred from recovering attorneys' fees and costs under 35 U.S.C. § 285 and/or Rule 11 of the Federal Rules of Civil Procedure because this case is not an exceptional case.

## MAE'S PRAYER FOR RELIEF AS TO FRESH EXPRESS' COUNTERCLAIMS

WHEREFORE, MAE requests the following relief as to Fresh Express' Counterclaims:

    A.    Dismiss Fresh Express' Counterclaims with prejudice;

    B.    Declare that Fresh Express infringes the '837 Patent;

    C.    Adjudge that the asserted claims of the '837 Patent are not invalid;

    D.    Declare this to be an exceptional case under 35 U.S.C. § 285;

    E.    Award MAE its attorneys' fees and costs incurred in this action, together with pre-judgment and post-judgment interest; and

    F.    Grant MAE such other and further relief as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Fresh Express demands a trial by jury of any and all issues in this action so triable.

Respectfully submitted,

Dated: April 5, 2021

By: */s/ Paul S. Cha*
Ryan T. Santurri (Bar No. 15698)
ALLEN, DYER, DOPPELT +
GILCHRIST, PA
255 South Orange Ave., Suite 1401
Orlando, FL 32801
Telephone: 407-841-2330
Facsimile: 407-841-2343
rsanturri@allendyer.com

5

>Robert R. Brunelli (*pro hac vice*)
>	rbrunelli@sheridanross.com
>Matthew C. Holohan (*pro hac vice*)
>	mholohan@sheridanross.com
>Paul S. Cha (*pro hac vice*)
>	pscha@sheridanross.com
>SHERIDAN ROSS P.C.
>1560 Broadway, Suite 1200
>Denver, CO 80202
>Telephone: 303-863-9700
>Facsimile: 303-863-0223
>E-mail: litigation@sheridanross.com
>
>*Attorneys for Plaintiff/Counterclaim Defendant Modified Atmosphere Enterprises LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 5, 2021, I electronically filed the foregoing using the Case Management/Electronic Case Filing ("CM/ECF") system, which will send a Notice of Electronic Filing to the following CM/ECF participants:

| | |
|---|---|
| Peter G. Pappas<br>Ann G. Fort<br>Cameron C. Murphy<br>Eversheds Sutherland (US) LLP<br>999 Peachtree St. NE, Suite 2300<br>Atlanta, GA 30309<br>Email: petepappas@eversheds-sutherland.us<br>Email: annfort@eversheds-sutherland.us<br>Email: cameronmurphy@eversheds-sutherland.us | James Edward Cheek, III, Esq.<br>Winderweedle, Haines, Ward and Woodman, P.A.<br>329 Park Ave North, 2nd Floor<br>Winter Park, FL 32789<br>Email: tcheek@whww.com |

*Attorneys for Defendant and Counterclaimant*
*FRESH EXPRESS BRANDS INCORPORATED*

/s/ *Paul S. Cha*
Paul S. Cha